IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDRE BRAMBLE, JENNIFER LYNCH, on behalf of themselves and all others similarly situated | : : : | CIVIL ACTION NO. 09-4932 |
| v. | : : | |
| WAL-MART STORES, INC., et al. | : : | |

## ORDER

AND NOW, this 7th day of February, 2011, upon consideration of defendant Wal-Mart Stores Inc.'s motion to compel plaintiffs to identify and produce information and documents in response to defendants's second set of interrogatories and requests for production of documents and all responses thereto it is ORDERED that defendant's motion is GRANTED. Plaintiffs are directed to produce to defendants within ten days from the date of this Order the identity of all Asset Production Coordinators who received letters from Plaintiff's counsel but who have not joined in this action.

                                                *s/Thomas N. O'Neill, Jr.*
                                                THOMAS N. O'NEILL, JR., J.