IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDRE BRAMBLE, JENNIFER LYNCH, on behalf of themselves and all others similarly situated<br>v.<br>WAL-MART STORES, INC., et al. | : : : : : : : : | CIVIL ACTION<br>NO. 09-4932 |

## **ORDER**

AND NOW, this 11th day of April, 2011, upon consideration of Plaintiffs' Motion for (1) Conditional Collective Certification; (2) Court-Authorized Notice; and (3) Production of Names and Addresses pursuant to 29 U.S.C. § 216(b) and defendant's response thereto, it is ORDERED that plaintiff's Motion is DENIED.

It is further ORDERED that pursuant to the parties' stipulation, which I entered as an Order on June 10, 2010, the parties shall meet and confer within ten days from the date of this Order and shall jointly submit to the Court a status report regarding any other outstanding issues including, but not limited to, dispositive motion briefing schedules.

/s/ Thomas N. O'Neill, Jr.
THOMAS N. O'NEILL, JR., J.